BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
J. JONATHAN HAWK (SBN 254350)
jhawk@whitecase.com
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329

Attorneys for Defendant
FITNESS INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARI SMELKINSON, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>     v.<br><br>FITNESS INTERNATIONAL, LLC d/b/a LA Fitness,<br><br>                Defendant. | No. 8:16-CV-01365-JVS-JCG<br><br>**DEFENDANT FITNESS INTERNATIONAL, LLC'S NOTICE OF MOTION AND MOTION TO STAY ACTION**<br><br>Date:  October 17, 2016<br>Time:  1:30 p.m.<br>Courtroom:  10C<br>Assigned to: Hon. James V. Selna |

Americas 91896235

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on October 17, 2016, at 1:30 p.m., or as soon thereafter as the motion may be heard, before the Honorable James V. Selna, Judge presiding, in Courtroom 10C of this Court, located at 411 W. Fourth St., Santa Ana, California 92701, defendant Fitness International, LLC d/b/a/ LA Fitness ("LA Fitness") will and hereby does move for an order staying this action pursuant to the Court's inherent power to control its own docket.

LA Fitness makes this motion on the ground that, on July 10, 2015, the Federal Communications Commission ("FCC") issued an order concerning a potentially dispositive issue in this case -- whether equipment constitutes an "automatic telephone dialing system" ("autodialer") if it merely has the potential capacity to be altered to generate random or sequential telephone numbers to be dialed. The FCC's order is on appeal to the United States Court of Appeals for the District of Columbia Circuit ("DC Circuit"), which has exclusive jurisdiction to vacate the FCC's order. The Court should stay this action pursuant to its inherent power to control its docket in order to provide time for the DC Circuit to rule on this issue. The DC Circuit has scheduled oral argument on October 19, 2016.

LA Fitness bases this motion on this notice, the memorandum of points and authorities, the declarations of Pedro Almeida, Andrea Ojeda, and Mindy Stokesberry, the request for judicial notice and exhibits thereto, and any other matters the Court deems appropriate.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on September 9, 2016.

Dated:  September 19, 2016              WHITE & CASE LLP

                                       By:____/s/ Bryan A. Merryman____
                                              Bryan A. Merryman

                                       Attorneys for Defendant
                                       FITNESS INTERNATIONAL, LLC

- 1 -

Americas 91896235