UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARI SMELKINSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    No. 8:16-CV-01365-JVS-JCG |
| | ) |
| FITNESS INTERNATIONAL, LLC | ) |
| d/b/a LA Fitness, | ) |
| | ) |
|     Defendant. | ) |

## DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Ari Smelkinson by and through his undersigned counsel and pursuant to Rule 41(a)(1) of Federal Rules of Civil Procedure, dismisses the above-referenced cause of action with prejudice, each party to bear its own cost.

**BUTSCH ROBERTS & ASSOCIATES LLC**

By: /s/ Christopher E. Roberts
David T. Butsch (admitted pro hac)
Christopher E. Roberts (admitted pro hac)
231 South Bemiston Ave., Suite 260
Clayton, MO 63105
(314) 863-5700 (telephone)
(314) 863-5711 (fax)
Butsch@ButschRoberts.com
Roberts@ButschRoberts.com

Attorneys for Plaintiff Ari Smelkinson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via the Court's electronic filing system on June 2, 2020 to all counsel of record.

/s/ Christopher E. Roberts